In the Matter of the Judicial Settlement of the Account of Proceedings of RICHARD STEEL, as Executor, etc., of TOWNSEND PINKNEY, Deceased. ELAINE S. HOLLISTER, Appellant; RICHARD STEEL, as Executor, etc., of TOWNSEND PINKNEY, DECEASED, and JOSEPHINE C. PINKNEY, Respondents.— Appeal from so much of a decree of the Surrogate's Court, Queens county, judicially settling the account of an executor, as overrules and dismisses objections to said account. At the time of the death of testator an installment of interest and a balance of an installment of taxes had fallen due and become payable. The property had also been assessed for the purpose of ascertaining the amount of taxes for the year subsequent to the testator's death. Decree, in so far as appealed from, affirmed, with costs, payable by appellant. Even prior to the amendment of section 250 of the Real Property Law, in effect September 1, 1937 (Laws of 1937, chap. 75), accrued interest was a burden to be assumed by a devisee. (*Carpenter* v. *Carpenter*, 131 N. Y. 101, 108; *Matter of Rosenstein*, 152 Misc. 777, 782; *Taylor* v. *Wendel*, 4 Bradf. Surr. 324, 330.) In our opinion, the amendment requires a devisee to take real property subject to all its burdens of whatever nature. To that extent, section 212 of the Surrogate's Court Act must be deemed to be modified. Hagarty, Carswell, Adel and Close, JJ., concur; Lazansky, P. J., dissents as to balance of last installment of 1937 taxes, amounting to $256.33, which fell due and were payable November 1, 1937, being of opinion that the amendment of section 250 of the Real Property Law does not impliedly repeal subdivision 2 of section 212 of the Surrogate's Court Act; otherwise concurs. [170 Misc. 645. See *post*, p. 985.]

In the Matter of the Construction of the Will of STEPHEN C. SMITH, Late of the County of Westchester, Deceased, for a Decree Judicially Construing Paragraph "Sixth" of Said Last Will and Testament in General and in Particular in Respect to the Character of Said Legacy. IRVING B. LYDECKER, Special Guardian of STEPHEN GEORGE SMITH, an Infant, etc., and JOHN F. KREPPS, as Executor, etc., of STEPHEN C. SMITH, Deceased, Appellants; MABEL T. SMITH, Respondent.— Appeals from a decree of the Surrogate's Court of Westchester county, which construed paragraph sixth of the will of the testator so as to provide that the bequest therein be paid over to Mabel T. Smith, the widow of the testator's son. Decree unanimously affirmed, with costs, payable out of the estate, to the special guardian and the respondent. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of Summary Proceedings to Recover Possession of Real Property, by DANIEL M. STOREY, Respondent, v. HENRY IRONS, Appellant.— In a summary proceeding to recover possession of real property, order of the County Court of Suffolk County, affirming the final order of the Justice Court of the Town of Islip awarding possession thereof to the petitioner, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.